| | A | B | C |
|---|---|---|---|
| 1 | **PRELIMINARY BUDGET PROJECTION 2018-2019** | | |
| 2 | | | |
| 3 | | | |
| 4 | Unrestricted Funds Within Salary, Operating and Debt Service Funds | | |
| 5 | (Funds 1000,1387,2000,2001,2016,2218,2387,2388,4000) | | |
| 6 | | ORIGINAL | |
| 7 | | | |
| 8 | Budgeted Ending Balance for 2017-18 | $17,237,810.78 | |
| 9 | | | |
| 10 | Revenue Budget for 2017-18 | 143,859,997.15 | — 123,859.497 |
| 11 | Less: | 20,000 | |
| 12 | State Desegregation Revenue | (20,804,500.00) | |
| 13 | Decrease in Tax Revenue | (68,917.00) * | |
| 14 | Increase in Tax Revenue | | |
| 15 | Foundation Funding ??? | | |
| 16 | Plus: | | |
| 17 | Building Fund Transfer | | |
| 18 | | | |
| 19 | Projected Revenue for 2018-19 | $122,986,580.15 | |
| 20 | | | |
| 21 | Expenditure Budget for 2017-18 | $144,262,908.38 | — include bond pymnt |
| 22 | Less: | | |
| 23 | State Desegregation Expense | (20,804,500.00) | |
| 24 | Salaries & Benefits (Step Increase 1.25%) | | |
| 25 | Decrease Health Insurance Contribution | | 4.6 mil |
| 26 | Decrease Supplemental Benefits (UNUM, Budget Tool) | | 1.2 mil |
| 27 | Certified Staff Allocations | | |
| 28 | Classified Staff Allocations | | |
| 29 | Plus: | | |
| 30 | Increase in Scheduled Debt Payments | 4,683,148.96 | |
| 31 | Projected 2nd Lien Bond Pmt for Mills/Robinson ($15'M) | 856,080.00 | |
| 32 | Projected 2nd Lien Bond Pmt for Mills/Robinson ($20'M) | | |
| 33 | Salaries & Benefits (Step Increase 1.25%) | 1,206,524.17 | |
| 34 | Buses (5) | 400,000.00 | |
| 35 | Projected Expenditures for 2018-19 | $130,604,161.51 | |
| 36 | | | |
| 37 | Revenue Over (Under) Expenditures | (7,617,581.36) | |
| 38 | | | |
| 39 | Budgeted Ending Balance for 2018-19 | $9,620,229.42 | |
| 40 | Ending Balance as % of Expenditures | 7.37% | |
| 41 | | | |
| 42 | | | |
| 43 | *Preliminary decrease in Personal Property Assessments $4,901,641 | | |


EXHIBIT 1