

**PULASKI COUNTY SPECIAL SCHOOL DISTRICT**

925 East Dixon Road/P.O. Box 8601
Little Rock, Arkansas 72216-8601

April 27, 2018

**HAND DELIVERED**

Ms. Jennifer Beasley
16303 Ironton Rd
Little Rock, Arkansas 72206

Dear Ms. Beasley:

Pursuant to the Arkansas Teacher Fair Dismissal Act, ARK. CODE ANN. §§ 6-17-1501, *et seq*., I am recommending that your employment contract with the Pulaski County Special School District be non-renewed for the 2018-2019 school year. The reason for this recommendation is as follows:

1. In order to meet the District's need to reduce expenditures to match available revenue and to more efficiently manage District resources, your position with the District is being eliminated.

You have a right to request a hearing on this recommendation pursuant to the Arkansas Teacher Fair Dismissal Act. If you wish to request such a hearing, you must make a request for the hearing, in writing by certified or registered mail, or delivered in person to the president, vice president or secretary of the board of directors, with a copy to the Superintendent, within thirty (30) calendar days from the date you receive this letter.

If you request a hearing, it will take place at an agreed upon time, or, if no agreement can be reached, no sooner than five (5) and no more than twenty (20) calendar days from the receipt of your hearing request. The hearing may be public or private at your request, and, if you so request in writing, a record of the hearing will be made and a transcript provided to you at no cost. You may be represented by an attorney or other person(s) of your choosing, and the Board may also be represented.

Sincerely,

Janice Warren

Dr. Janice Warren
Interim Superintendent of Schools

c: Personnel File

Jennifer Beasley 4-30-18

Employee's Signature Date






PULASKI COUNTY SPECIAL SCHOOL DISTRICT

925 East Dixon Road/P.O. Box 8601
Little Rock, Arkansas 72216-8601

April 27, 2018

**HAND DELIVERED**

Ms. Kiffany Pride
1301 South Lousiana Street, Apt. 301
Little Rock, Arkansas 72202

Dear Ms. Pride:

Pursuant to the Arkansas Teacher Fair Dismissal Act, ARK. CODE ANN. §§ 6-17-1501, *et seq.*, I am recommending that your employment contract with the Pulaski County Special School District be non-renewed for the 2018-2019 school year. The reason for this recommendation is as follows:

1. In order to meet the District's need to reduce expenditures to match available revenue and to more efficiently manage District resources, your position with the District is being eliminated.

You have a right to request a hearing on this recommendation pursuant to the Arkansas Teacher Fair Dismissal Act. If you wish to request such a hearing, you must make a request for the hearing, in writing by certified or registered mail, or delivered in person to the president, vice president or secretary of the board of directors, with a copy to the Superintendent, within thirty (30) calendar days from the date you receive this letter.

If you request a hearing, it will take place at an agreed upon time, or, if no agreement can be reached, no sooner than five (5) and no more than twenty (20) calendar days from the receipt of your hearing request. The hearing may be public or private at your request, and, if you so request in writing, a record of the hearing will be made and a transcript provided to you at no cost. You may be represented by an attorney or other person(s) of your choosing, and the Board may also be represented.

Sincerely,

Janice Warren

Dr. Janice Warren
Interim Superintendent of Schools

c: Personnel File

Dr. Kiffany Pride
Employee's Signature

4-30-18
Date



# PULASKI COUNTY SPECIAL SCHOOL DISTRICT

925 East Dixon Road/P.O. Box 8601
Little Rock, Arkansas 72216-8601

April 27, 2018

HAND DELIVERED

Ms. Laura A. Shirley
96 Fontenay Drive
Maumelle, Arkansas 72113

Dear Ms. Shirley:

Pursuant to the Arkansas Teacher Fair Dismissal Act, ARK. CODE ANN. §§ 6-17-1501, *et seq.*, I am recommending that your employment contract with the Pulaski County Special School District be partially non-renewed for the 2018-2019 school year by reducing your contract from 244 days to 216 days. The reason for this recommendation is as follows:

1. In order to meet the District's need to reduce expenditures to match available revenue and to more efficiently manage District resources, a reduction in your contract day is necessary.

You have a right to request a hearing on this recommendation pursuant to the Arkansas Teacher Fair Dismissal Act. If you wish to request such a hearing, you must make a request for the hearing, in writing by certified or registered mail, or delivered in person to the president, vice president or secretary of the board of directors, with a copy to the Superintendent, within thirty (30) calendar days from the date you receive this letter.

If you request a hearing, it will take place at an agreed upon time, or, if no agreement can be reached, no sooner than five (5) and no more than twenty (20) calendar days from the receipt of your hearing request. The hearing may be public or private at your request, and, if you so request in writing, a record of the hearing will be made and a transcript provided to you at no cost. You may be represented by an attorney or other person(s) of your choosing, and the Board may also be represented.

Sincerely,

Janice Warren

Dr. Janice Warren
Interim Superintendent of Schools

c: Personnel File

Laura A. Shirley — 4/30/18

Employee's Signature — Date



**PULASKI COUNTY SPECIAL SCHOOL DISTRICT**

925 East Dixon Road/P.O. Box 8601
Little Rock, Arkansas 72216-8601

April 27, 2018

**HAND DELIVERED**

Ms. Nicole Townsend
133 Summit Drive
Maumelle, Arkansas 72113

Dear Ms. Townsend:

Pursuant to the Arkansas Teacher Fair Dismissal Act, ARK. CODE ANN. §§ 6-17-1501, *et seq.*, I am recommending that your employment contract with the Pulaski County Special School District be non-renewed for the 2018-2019 school year. The reason for this recommendation is as follows:

1. In order to meet the District's need to reduce expenditures to match available revenue and to more efficiently manage District resources, your position with the District is being eliminated.

You have a right to request a hearing on this recommendation pursuant to the Arkansas Teacher Fair Dismissal Act. If you wish to request such a hearing, you must make a request for the hearing, in writing by certified or registered mail, or delivered in person to the president, vice president or secretary of the board of directors, with a copy to the Superintendent, within thirty (30) calendar days from the date you receive this letter.

If you request a hearing, it will take place at an agreed upon time, or, if no agreement can be reached, no sooner than five (5) and no more than twenty (20) calendar days from the receipt of your hearing request. The hearing may be public or private at your request, and, if you so request in writing, a record of the hearing will be made and a transcript provided to you at no cost. You may be represented by an attorney or other person(s) of your choosing, and the Board may also be represented.

Sincerely,

Janice Warren

Dr. Janice Warren
Interim Superintendent of Schools

c: Personnel File

Nicole M. Townsend
Employee's Signature

4-30-2018 (received)
Date