THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| **JENNIFER BEASLEY, DR. KIFFANY PRIDE, LAURA SHIRLEY, AND NICOLE TOWNSEND** | | **PLAINTIFFS** |
| v. | No. 4:18-cv-00508-DPM | |
| **DR. CHARLES MCNULTY**, in his official capacity as Superintendent of Schools of the Pulaski County Special School District; the **BOARD OF DIRECTORS** of the Pulaski County Special School District; and the **PULASKI COUNTY SPECIAL SCHOOL DISTRICT**, a public body corporate | | **DEFENDANTS** |

## BRIEF IN SUPPORT OF MOTION TO STRIKE DEFENDANTS' REPLY TO PLAINTIFFS' RESPONSE TO MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM BRIEF IN SUPPORT

### I.  BACKGROUND

Plaintiffs move to strike the Defendants' Reply to Plaintiffs' Response to Motion for Summary Judgment and Memorandum Brief in Support. They do so because Defendants' filing was untimely according to Local Rule 7.2(b).

### II.  ARGUMENT

"District courts have broad discretion to set filing deadlines and enforce local rules." *United States v. Ouachita Gravel Company, Inc.,* 2019 WL 5309118, at *3 (W.D. Ark. October 21, 2019) (slip opinion) (quoting *Reasonover v. St. Louis County, Mo.*, 447 F.3d 569, 64 Fed.R.Serv.3d 1122 (8th Cir. 2006)). According to Fed. R. Civ. Pro. 6(b), the time for filing a document may be extended even after the deadline has passed if a party shows excusable neglect.

On July 13, 2020, Plaintiffs filed their responses to Defendants' Motion for Summary Judgment and Memorandum Brief in Support. (Docs. 41-42.) The deadline for Defendants to file a reply was seven days later or July 20, 2020. Local Rule 7.2(b). Instead, Defendants filed their

1

reply one day later on July 21, 2020. (Doc. 43.) Their reply was untimely. Defendants failed to request an extension of time from the Plaintiff or file the applicable motion with the Court. They also have not put forth an argument for excusable neglect. Therefore, Defendants' reply should be struck by the Court. *Id.*

### III.   CONCLUSION

Based upon the foregoing argument, the Court should strike Defendants' Reply to Response to Motion for Summary Judgment and Memorandum Brief in Support.

          Respectfully submitted,

            Shawn G. Childs
          Shawn G. Childs
          Bar No. 99058
          John W. Walker, P.A.
          1723 Broadway
          Little Rock, Arkansas 72206
          501-374-3758
          501-374-4187 (facsimile)
          Email: schilds@gabrielmail.com

          ATTORNEY FOR PLAINTIFFS