**THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JENNIFER BEASLEY, DR. KIFFANY PRIDE, LAURA SHIRLEY, AND NICOLE TOWNSEND** **PLAINTIFFS**

**v.** **No. 4:18-cv-00508-DPM**

**DR. CHARLES MCNULTY, in his official capacity as Superintendent of Schools of the Pulaski County Special School District; the BOARD OF DIRECTORS of the Pulaski County Special School District; and the PULASKI COUNTY SPECIAL SCHOOL DISTRICT, a public body corporate** **DEFENDANTS**

## *MOTION FOR LEAVE TO FILE SURREPLY*

Plaintiffs move for leave to file a surreply to Defendants' Reply to Plaintiffs' Response to Motion for Summary Judgment and Memorandum Brief in Support and submit the following in support:

1. On July 21, 2020, Defendants filed their Reply to Plaintiffs' Response to Motion for Summary Judgment and Memorandum Brief in Support.[1] (Doc. 43.) In this filing, Defendants objected to educator licensure exhibits of Nicole Townsend and Leta Ray (Docs. 41-13 and 41-14) that had been filed by Plaintiffs. They objected because Plaintiffs had not shown the authenticity of the two exhibits by filing an affidavit. (Doc. 43, at 5.) Plaintiffs request leave to respond to this new argument through a surreply.

2. "The standard for granting a leave to file a surreply is whether the party making the motion would be unable to contest matters presented to the court for the first time in the opposing

[1] On July 24, 2020, Plaintiffs filed a Motion to Strike Defendants' Reply to Plaintiffs' Response to Motion for Summary Judgment and Memorandum Brief in Support. (Doc. 44.) On July 29, 2020, Defendants filed a Response to Plaintiffs' Motion to Strike and Unopposed Motion to Accept Belated Reply Brief. (Doc. 47.) If the Court grants Defendants' motion, then Plaintiffs request that their motion be granted.

party's reply." *Lewis v. Rumsfeld*, 154 F. Supp. 2d 56, 61 (D.D.C. 2001). In the present case, Defendants objected to the consideration of two of Plaintiffs' exhibits because they allegedly had not been authenticated. Plaintiffs will be unable to contest this new argument before the Court decides the pending motion for summary judgment unless they are granted leave to file a surreply.

3. In the attached surreply, Plaintiffs contend that the two exhibits at issue are self-authenticating and provide a declaration signed by Nicole Townsend to otherwise show authentication.

WHEREFORE, Plaintiffs respectfully pray that the Court grant them leave to file a surreply and all other appropriate relief.

Respectfully submitted,

Shawn G. Childs
Shawn G. Childs
Bar No. 99058
John W. Walker, P.A.
1723 Broadway
Little Rock, Arkansas 72206
501-374-3758
501-374-4187 (facsimile)
Email: schilds@gabrielmail.com

ATTORNEY FOR PLAINTIFFS