IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| JENNIFER BEASLEY; DR. KIFFANY PRIDE; LAURA SHIRLEY; and NICOLE TOWNSEND | PLAINTIFFS |

v.   No. 4:18-cv-508-DPM

| | |
|---|---|
| DR. CHARLES MCNULTY, in his official capacity as Superintendent of Schools of the Pulaski County Special School District; the BOARD OF DIRECTORS of the Pulaski County Special School District; and PULASKI COUNTY SPECIAL SCHOOL DISTRICT, a public body corporate | DEFENDANTS |

## JUDGMENT

The educators' federal and constitutional claims are dismissed with prejudice. The educators' state law claims are dismissed without prejudice.

*D.P. Marshall Jr.*
United States District Judge

1 February 2021